# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Harold D. Wallace Jr

Inmate Identification Number: 320243

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Lt Andrew Cutts Jr
Lt Barbara Davis
Sgt Thomas A. Harbison
B.C.O Wilson / C.O J. Brown

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )     No (✓)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement <u>Fountain Correctional Facility</u>

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes (✓)    No ( )

C. If your answer is YES:

1. What steps did you take? <u>A written complaint in the form of an inmate grievance to the Warden</u>

2. What was the result? <u>N/A</u>

D. If your answer is NO, explain why not: _____

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Harold D. Wallace Jr.

Address 9677 Hwy 21, Atmore AL, 36502

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant ~~Lieut J~~ Andrew Cutts Jr.

Is employed as Rank lieutenant Correctional Officer

at _____

C. Additional Defendants Lt Barbara Davis/ Sgt Thomas A. Harbison/ C.O J. Brown/ ~~C.O~~ B.C.O Wilson

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I laid on the B-dorm floor with my hands and feet crossed. I was escorted out of B-dorm by four or more officers. Sgt Thomas A. Harbison, C.O J.Brown, Lt Barbara Davis, B.C.O Wilson, Lt Andrew Cutts Jr. They started to punch me soon as we left the bay and mase me. Lt A. Cutts Jr removed his baton but

4

just barely extended it. Then proceeded to jab me in the rib cage with it. Lt B. Davis stated "that's the spot." Then I was hurled into A-dorm wall head first. As I fell to the ground I was punched & kicked. I

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Place a freeze on all Officers account until the outcome of the case, Termination from the correctional facility, and also $2 million dollars for pain & suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/8/2021.

Harold D. Wallace Jr
SIGNATURE

ADDRESS 9677 HWY 21,
Atmore AL, 36502

AIS # 320243

5

page 4

Was picked up & continued to be assaulted on the way to the healthcare. As we passed my head was rammed into the door frame. Then rammed into the metal detector. I was escorted to a bathroom where they then threw me into the wall, head hitting the shower nozzel. B.C.O Wilson stated "that's what you get, trying to show out for them broke ass folks." As I laid on the ground officers cut on the shower and continued their assault, careful to avoid my face but hitting everywhere else, excert my face. During nurse Perkins medical assesment she stated "There was a laceration to the left side of my head, a cut above the left eye, and bruising on my back. I was asked the cause of my injuries I told her it was from the assault of officers. I was then taken to another room where I waited on medical again. The officers surrounded me & made comments on how I should make an advance so they could assault me more. C.O J. Brown told Sgt T. Harbison to take my handcuffs off, then stated "move" so they could assault me more. Seeing that I would not comply he told Sgt T. Harbison to put the handcuffs back on and they proceeded to leave. The other nurse also stated I needed stiches to which I received at Bibb Hospital. The same officer J. Brown along with C.O Woods transported me after they retrieved guns. I later filled out a sick call for a sharp pain in the left side of my neck.
  I have asked to speak with Prea and that the officers are not placed around me. The officers are purposely being placed around me. I do not feel safe around these officers nor do I eat the food more than I have to.

On 7/29/21 I wrote the warden on a request slip stating, "I hope this request slip found you in the best spirits. I cannot say the same. I no longer feel my best interest nor safety is at bibb. The recent exchange of violence between me & staff makes it no better. I am requesting a transfer."

I also wrote the hearing officer of my disciplinary, " Hello Lt Edwards, If possible I would like to meet with you once again to discuss an immediate transfer. I no longer feel my best interest is at bibb nor my safety."

I also wrote classification," I hope this request slip found you in the best spirits. I cannot say the same. I no longer feel my best interest nor safety is at bibb."

On 7/30/21, my cellmate informed me & officers of suicidal thoughts while tying a rope around his neck. Sgt T. Harbison pulled out his mase can and told my cellmate (Akeem McGee) and I that he would spray the whole cell if he didn't get the rope. I informed Sgt T. Harbison that I got his attention for help, not to get mased. I told him I was an innocent by standard who would also suffer from the mase can. Sgt T. Harbison commented that he did not care. I informed him that I would be contacting I&I and he left. He and B.C.O Wilson

On 8/19/21, I was told to pack all my belongings, that I would be moving to, E-dorm restrictive housing. Once inside the cell my cellmate. Rodricus Hammonds A.I.S #208593 informed me that the officer J. Fuller was over here and would often be assigned to the area.

I immediately called for officer agnew. I explained how I did not feel safe being housed around this officer and that I could not be housed in that dorm. Officer agnew told me he completely understood the situation & that he would be calling Sgt Holtclaw to address the issue. As time went by nothing happened. When officer agnew came back to feed chow he asked did I want my tray. I replied, ~~him to~~ I did not because I did not know whether it was safe. I restated that I needed to be relocated and why. He informed me that he had spoken to his supervisor and that was all he could do. I told officer agnew I would like to speak with Prea, all he said was OK, Lt. Edwards is not here.

On 8/20/21, I awoke to a health inspection. I informed the nurse I did not feel good, my stomach hurt from not eating. Being escorted by officer reynolds I explained the matter. He asked me to hold on, when he finished with the nurse he would be back. Lt Ruthledge came by in the meantime, I explained the same issue to which he told me Sgt. ~~Hold~~ Holtclaw would be sent to address the issue.

On 9/8/21, we were supposed to take showers. The Officer kept his head low and put me in handcuffs. When I stepped out my cell I noticed it was the other fuller. Then I heard him say he in there. I found out both of the fullers where in the cube and I immediately asked to go back to my cell. My thoughts have been confirmed that I am not safe.

The day of 9/9/21 I told sgt Holtclaw about a potential

Security hazard and how I didn't feel safe. Reason being the same officer I got into it with keeps being placed around me. He told me he could not do anything.

That same week, 9/11/21 I wrote classification again "Hello ms. Pender, I hope this letter finds you in better spirits than I. I am writing this letter in regards to my reclass status. I would like to know the results and and when I would be able to immediately transfer.

On 9/17/21, I asked Captain Smith about a forma Pauperis which I did not receive.